

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00260-CV

**ONE (1) 1992 CHEVROLET PK, VIN 1GCEC14Z4NE164549**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is affirmed. Costs of this appeal are taxed against the party incurring the same.

SIGNED May 27, 2015.

_____
Patricia O. Alvarez, Justice